**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| TARENT BRYANT, | : | |
| Plaintiff | : | |
| | : | NO. 5:10-CV-84 (CAR) |
| VS. | : | |
| | : | PROCEEDINGS UNDER 42 U.S.C. §1983 |
| Lieutenant EVANS, *et al.*, | : | BEFORE THE U. S. MAGISTRATE JUDGE |
| Defendants | : | **RECOMMENDATION ON TRO** |

Plaintiff **TARENT BRYANT** seeks a temporary restraining order ("TRO") (Tab # 5). Although the relief plaintiff requests is by no means clear, it appears that he wants to prevent the defendants from transferring him from Hancock State Prison. An inmate has no constitutional right to remain at the institution where he is presently confined. ***Meachum v. Fano***, 427 U.S. 215, 225 (1976). Therefore, prison officials have broad discretion and may transfer or refuse to transfer a prisoner for any constitutionally permissible reason or for no reason at all. ***Id.*** Moreover, based on plaintiff's largely unintelligible motion, granting a TRO is not appropriate. Accordingly, IT IS RECOMMENDED that plaintiff Bryant's motion for a TRO be **DENIED**.

Pursuant to 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this recommendation with the district judge to whom this case is assigned, **WITHIN FOURTEEN (14) DAYS** after being served a copy of this order.

**SO RECOMMENDED**, this 26th day of MARCH, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE