IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| TARENT BRYANT, | : | |
|---|---|---|
| Plaintiff, | : | Case No. 5:10-CV-84(CAR) |
| v. | : | |
| VICTOR WALKER, et al., | : | 42 U.S.C. § 1983 |
| Defendants. | : | |

### *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court are the United States Magistrate Judge's Recommendations to dismiss Plaintiff's claims against five named Defendants pursuant to 28 U.S.C. § 1915(e)(2) [Doc. 8] and to deny Plaintiff's petition for a temporary restraining order [Doc. 7]. Plaintiff entered objections to both Recommendations [Docs. 10, 11]. Having considered these Objections, which simply reassert the conclusory and frivolous allegations already in the record, and upon a *de novo* review of the entire record, this Court agrees with the United States Magistrate Judge's legal conclusions.

As a matter of law, Plaintiff's grievances regarding the alleged confiscation of a love letter to his paramour could not have given rise to a claim even if prison officials botched the procedure. Nor has Plaintiff stated adequate legal grounds to obtain a temporary restraining order preventing his transfer to another prison, because an inmate has no right to remain confined in a particular location. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants Walker, Williams, Hunding, Tremble, and Brawner are hereby **DISMISSED** as parties to this action. Plaintiff's petition for a temporary restraining order is **DENIED**.

**SO ORDERED,** this 28th day of April, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

THC/apg